UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

IGOR SHAKHNIS,

                                           CASE NO.:  15-20909-ClV-KlNG

      Plaintiff,

v.

WORLDWIDE TRANSPORTATION
SERVICES, INC.

      Defendant.
_____/

## NOTICE OF FILING PLAINTIFF'S STATEMENT OF CLAIM

Pursuant to this Court's Notice of Court Practice in FLSA-Based Cases dated March 6, 2015 [D.E. 5], Plaintiff, Igor Shakhnis, by and through his undersigned Counsel, hereby gives Notice of filing the following Statement of Claim:

## STATEMENT OF CLAIM

Plaintiff states the following:

Plaintiff was employed by Defendant as a non-exempt driver from approximately January 28, 2014, until April 2014(approximately 12 weeks).  Plaintiff worked an average of 120 hours per workweek during his employment with Defendant.  Plaintiff earned between $1, 400-$1,750.  Further, Plaintiff alleges that Defendant did not pay the proper overtime rate for any hours worked over 40 during his employment.  Accordingly, Plaintiff is entitled to additional compensation for overtime hours each work week and estimates his damages as follows:

Based on a half-time calculation, Plaintiff calculates his damages at **$43,601.50**(unliquidated) and **$87,203.00** (unliquidated) based on the following calculation:

**Plaintiff earned on average $1, 600(per workweek)/ 120 total hours = $13.33 per hour(hourly rate)/2=$6.67(half-time rate) x 80hours(overtime hours) worked each week=$533.60(owed each week in overtime)  x 12 weeks= $6, 403.20(unliquidated) $12, 806.40(liquidated).**

**Additionally, attorney's fees, non-attorney fees and costs to date:**

**Total Attorney Hours to Date:  6 hours @ $450 per hour=$2, 700**

**Total Non-Attorney Hours:      2 hours @ $105 per hour=$210**

**Total Costs:                   $455**

**Total Costs and Fees to date:        $3, 365**

Plaintiff understands that he has an ongoing obligation to amend and/or update his statement as new evidence may be presented and that this estimate of damages is subject to change as additional information becomes available.

Additionally, Plaintiff is seeking his full payment of all hours actual overtime wages owed, an equal amount in liquidated damages, plus reasonable attorneys' fees and costs, on his behalf during this litigation of this matter.

Respectfully submitted this 26th day of March, 2015.

RICHARD CELLER LEGAL, P.A.
7450 Griffin Road, Suite 230
Davie, Florida 33314
Telephone: (866) 344-9243
Fax: 954-337-2771

2

E-Mail:
Richard@floridaovertimelawyer.com

**/s RICHARD CELLER**
RICHARD CELLER, ESQ.
Florida Bar No.0173370

*Trial Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 26th day of March, 2015, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a copy to all counsel of record.

**/s/ RICHARD CELLER**
Richard Celler, Esquire