UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 15-CV-20909-JLK

IGOR SHAKHNIS,

    Plaintiff,
v.

WORLDWIDE TRANSPORTATION SERVICES,
and ALI A. MALEK,

    Defendants.
_____/

## ORDER DISMISSING COUNT II

**THIS MATTER** comes before the Court upon Defendants' Motion to Dismiss Count II of the Amended Complaint (DE 25), filed May 18, 2015. In the Motion, Defendants' seek the dismissal of Plaintiff's count for a declaratory judgment that Defendants are in violation of the Fair Labor Standards Act. As this count is clearly duplicative of Count I, which alleges violations of the Fair Labor Standards Act, and Plaintiff has agreed that Count II is duplicative, the Court finds that Defendants are entitled to the relief sought in the Motion.

Accordingly, it is **ORDERED**, **ADJUDGED**, and **DECREED** that the Motion to Dismiss **(DE 25)** be, and the same is, hereby **GRANTED** and Count II of the Amended Complaint **(DE 13)** be, and the same is, hereby **DISMISSED**.

**DONE AND ORDERED** in Chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida, this 1st day of July, 2015.

```
_____
JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF FLORIDA
```

**Cc:**   **All Counsel of Record**